UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUNG QUOC NGUYEN, | § | |
| Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-03325 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL

Petitioner Hung Quoc Nguyen filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention by Immigration and Customs Enforcement ("ICE") officials with the United States Department of Homeland Security ("DHS"). Respondent moves to dismiss based on mootness because the petitioner has been removed and is no longer in his custody. Doc. No. 12. Nguyen does not dispute that he has been removed and that this petition is moot.

### I.   DISCUSSION

Nguyen, a citizen and national of Vietnam, filed this petition to challenge his ongoing custody without a foreseeable removal date under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Respondent advises the Court that Nguyen has been removed from the country and is no longer in his custody. *See* Doc. Nos. 12, 12-1. The petitioner's removal renders his habeas corpus petition moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under

1 / 2

Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477-78 (1990)).

## II. ORDER

Based on the foregoing, the Court **ORDERS** as follows:

1. Respondent's motion to dismiss (Doc. No. 12) is **GRANTED,** and this petition is **DISMISSED as MOOT.**

2. Petitioner's pending motion (Doc. No. 11) and any other pending motions are **DENIED as MOOT**.

The Clerk will provide a copy of this order to the parties.

SIGNED this 4th day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE